UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER E. BROWN,<br>an individual, | :<br>:<br>: |
| Plaintiff, | CASE NO.: 3:18-cv-01229-WWE<br>:<br>: |
| vs. | :<br>: |
| NORTHINGTON HAMDEN INVESTORS LLC,<br>a Delaware Limited Liability Company, | :<br>:<br>: |
| Defendant. | :<br>: |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and except as otherwise agreed between the parties, each party shall bear its respective fees and costs.

Dated: February 22, 2019

Respectfully Submitted,                                    Respectfully Submitted,

/s/ Louis Mussman                                         /s/James G. Williams           .
Louis Mussman, Esq. (ct27484)                  James G. Williams, Esq. (ct01938)
Ku & Mussman, P.A.                                   Williams, Walsh & O'Connor, LLC
18501 Pines Blvd., Suite 209-A                   37 Broadway
Pembroke Pines, FL 33029                         North Haven, CT 06473
Telephone: (305) 891-4534                         Tel. (203) 243-6333
Facsimile: (305) 891-4512                           Fax. (203) 243-6330
louis@kumussman.com                              jwilliams@wwolaw.com

    and                                                           *Attorney for the Defendant*

Ioannis A. Kaloidis, Esq. (ct25510)
The Kaloidis Law Firm, LLC
Local Counsel
21 Holmes Avenue

1


Waterbury, CT  06710
Tel: (203) 597-0010
Fax: (203) 597-0024
john@kaloidislaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 22nd day of February 2019, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

James G. Williams, Esq.
Williams, Walsh & O'Connor, LLC
37 Broadway
North Haven, CT 06473
jwilliams@wwolaw.com

                                    By: */s/ Louis Mussman*
                                        Louis Mussman, Esq.